| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
| | Acting Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |
| 5 | |
| | Counsel for Defendant DOMINGO CLIMACO RODRIGUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12 00471 YGR [DMR] |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | MODIFYING RELEASE CONDITIONS |
| vs. | ) | |
| | ) | |
| DOMINGO CLIMACO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    Domingo Climaco Rodriguez is out of custody in this matter. He presently is fully compliant with his release conditions and is subject to electronic monitoring and a curfew while living with his mother.

    Mr Rodriguez would like to attend his niece's quinceañera, a traditional cultural celebration of a young latina woman's fifteenth birthday. The celebration will take place on Saturday, August 11, 2012, at 5117 International Boulevard in Oakland. Mr Rodriguez would like to be present at the celebration starting at 5:00 p.m. and return home by 11:00 p.m.

    IT IS THEREFORE STIPULATED AND AGREED that the terms of Domingo Climaco Rodriguez's release conditions be modified such that he may attend the celebration of his niece's

fifteenth birthday on August 11, 2012, provided that he leaves his residence no earlier than 4:45 p.m and returns no later than 11:00 p.m. Mr Rodriguez shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

/s/
Dated: August 8, 2012  _____
JAMES MANN
Assistant United States Attorney

/s/
Dated: August 8, 2012  _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

/s/
Dated: August 8, 2012  _____
VICTORIA GIBSON
U.S. Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED That Domingo Climaco Rodriguez's release conditions be modified such that he may attend the celebration of his niece's fifteenth birthday on August 11, 2012, provided that he leaves his residence no earlier than 4:45 p.m and returns no later than 11:00 p.m. Mr Rodriguez shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: August 9, 2012  _____
DONNA M. RYU
United States Magistrate Judge